```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF TENNESSEE
                       AT WINCHESTER
```

JINKS HARTSFIELD,            )
                             )
         Plaintiff,          )
                             )
v.                           )           No. 4:18-CV-69
                             )
UNITED PARCEL SERVICE, INC., )
                             )
         Defendant.          )

## **O R D E R**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Christopher H. Steger on March 2, 2020 [doc. 30]. In the R&R, Magistrate Judge Steger provided a complete recitation of the relevant procedural history, and recommended that the Court: (1) grant Defendant's motion to dismiss for failure to prosecute [doc. 22]; and  (2) dismiss Plaintiff's complaint with prejudice pursuant to Rule 37 of the Federal Rules of Civil Procedure.  There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).[1]

---

[1] The R&R stated that objections were due within 14 days of service on Plaintiff.  The docket indicates that the R&R was mailed to Plaintiff on March 2, 2020.  The Court concludes that sufficient time has elapsed for Plaintiff to have received the R&R and the address he provided to the Court, and have 14 days to respond.

After a careful review of the matter, the Court is in complete agreement with Magistrate Judge Steger's recommendations, which the Court adopts and incorporates into its ruling.  Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [doc. 30], Defendant's motion to dismiss [doc. 22] is **GRANTED**, and Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.  The Clerk of Court is directed to **CLOSE** this case.

    **IT IS SO ORDERED.**

    Enter:

                                                                       s/ Leon Jordan
                                                            United States District Judge